# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

November 18, 2021

**VIA ECF**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/21
```

Re:   *United States v. Mark Ayres*, 21 Cr. 657 (AJN)

Dear Judge Nathan:

I represent Mark Ayres, the defendant in the above-referenced matter. Mr. Ayres was released on a personal recognizance bond and is currently under pretrial supervision. I write to request the Court's permission for Mr. Ayres to travel to his sister's home in North Carolina from November 24 through November 28, 2021, to spend the Thanksgiving holiday with family. Neither Pretrial Services nor the assigned Assistant US Attorney object to this request. Additionally, Mr. Ayres has already provided proposed travel and lodging information to his pretrial services officer, who indicates that Mr. Ayres has been in compliance with all conditions of release.

The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

SO ORDERED.

*Alison J. Nathan*

Cc:   AUSA Samuel Rothschild
      (*via ECF*)