# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

May 3, 2022

**VIA ECF AND E-MAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mark Ayres*, 21 Cr. 657 (JPC)

Dear Judge Cronan:

     I represent Mark Ayres, the defendant in the above-referenced matter, recently reassigned to this Court from Judge Alison J. Nathan. The matter is currently set for sentencing on June 8, 2022, at 10:00 AM. Mr. Ayres was released on a personal recognizance bond and is currently under pretrial supervision. I write to request the Court's permission for Mr. Ayres to travel to North Carolina from May 6 through May 8, 2022, to attend a funeral with family. The government defers to Pretrial Services, which does not object to this request. Additionally, Mr. Ayres has already provided proposed travel and lodging information to his pretrial services officer, who indicates that Mr. Ayres has been in compliance with all conditions of release.

     The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

Cc:   AUSA Samuel Rothschild
       USPO Francesca Piperato
      (*via ECF and e-mail*)

The request is granted. Defendant Ayres may travel to North Carolina from May 6 through May 8, 2022. He must provide his travel itinerary to Pretrial Services before leaving.

SO ORDERED.
Date: May 3, 2022
     New York, New York

JOHN P. CRONAN
United States District Judge