**BRADLEY LAW FIRM**
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

May 22, 2022

**VIA ECF AND E-MAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Mark Ayres*, 21 Cr. 657 (JPC)

Dear Judge Cronan:

    I represent Mark Ayres, the defendant in the above-referenced matter. Mr. Ayres is currently scheduled to be sentenced on June 8, 2022. The purpose of this letter is to respectfully request that Mr. Ayres's sentencing be adjourned for approximately 30 days. Counsel has not yet received letters from Mr. Ayres's family and friends, which are to be included in his sentencing submission. Additionally, a final presentence report (PSR) has not been completed. An adjournment would provide sufficient time for counsel to receive the final PSR and documents from Mr. Ayres and review the final submission with Mr. Ayres before filing. This is Mr. Ayres's first request for adjournment of sentencing and the government consents to this request. Accordingly, it is respectfully requested that Mr. Ayres's sentencing be adjourned for approximately 30 days, to the week of July 11, 2022, or a date convenient to the Court.

    The Court's time and consideration of this matter are greatly appreciated.

Respectfully submitted,

Michael D. Bradley

Cc:   AUSA Samuel Rothschild
(*via ECF and e-mail*)

---

The request is granted.  The sentencing previously scheduled for June 8, 2022 is adjourned to July 8, 2022 at 10:00 a.m.  The sentencing shall take place in Courtroom 12D of the Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.
Date: May 25, 2022
New York, New York

JOHN P. CRONAN
United States District Judge