UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                          :
:
         -v-                                      :       21 Cr. 657 (JPC)
:
MARK AYRES,                                       :       ORDER
:
                    Defendant.                    :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The sentencing in this case is scheduled for July 8, 2022 at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. *See* Dkt. 26. The parties should be prepared to discuss whether Defendant's remand will be mandatory in the event that the Court imposes a term of incarceration. *See* 18 U.S.C. § 3143. If so, the Court expects defense counsel to prepare Defendant for the possibility of detention commencing at the conclusion of sentencing.

      SO ORDERED.

Dated: July 6, 2022
      New York, New York                              _____
                                                              JOHN P. CRONAN
                                                          United States District Judge