# BRADLEY LAW FIRM
A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

January 2, 2024

**VIA ECF AND E-MAIL**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Mark Ayres*, 21 Cr. 657 (JPC)

Dear Judge Cronan:

    I represent Mark Ayres, the defendant in the above-referenced matter. On July 8, 2022, Your Honor sentenced Mr. Ayres to 13 months' incarceration. He has since been released and is currently under post release supervision. I write to request the Court's permission for Mr. Ayres to travel to the Domincan Republic, from February 2 through Feburary 6, 2024, to attend his cousin's wedding. The government defers to Probation, which does not object to this request. Additionally, Mr. Ayres has already provided proposed travel and lodging information to his probation officer, who indicates that he has been in compliance with all conditions of supervised release.

    We appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley

Cc: AUSA Samuel Rothschild
USPO Darren Galerkin
(*via ECF and e-mail*)

---

The request is granted. Mr. Ayres may engage in the requested travel so long as he provides Probation with a detailed travel itinerary before his departure.

SO ORDERED.
Date: January 2, 2024
New York, New York

JOHN P. CRONAN
United States District Judge